IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, et al., | No. C 07-01250 WHA |
| Plaintiffs, | |
| v. | **ORDER RE NOTICE OF NEED FOR MEDIATION** |
| USA SMOG AND GASOLINE, et al., | |
| Defendants. | |

Parties have not complied with the scheduling order for cases under the Americans with Disabilities Act. Pursuant to General Order No. 56, parties must file a notice of need for mediation no later than **FRIDAY, AUGUST 24, 2007**, at **NOON**. If such notice is not filed by the deadline, the Court will set a case management conference at which further deadlines will be set.

**IT IS SO ORDERED.**

Dated: August 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE