1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs PATRICK CONNALLY;
   CRAIG YATES; and
6  DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES:
7  HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY an individual;<br>CRAIG YATES an individual; and<br>DISABILITY RIGHTS, ENFORCEMENT,<br>EDUCATION, SERVICES:HELPING<br>YOU HELP OTHERS, a California public<br>benefit corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>USA SMOG & GASOLINE; SHAHZADA<br>KHAN, an individual dba USA SMOG &<br>GASOLINE<br><br>           Defendant. | CASE NO. CV-07-1250-WHA<br><br>STIPULATION OF DISMISSAL AND<br>[PROPOSED] ORDER THEREON |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1). Each side will bear their own costs and mutual waiver of all claims.

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

1  This stipulation may be executed in counterparts, all of which together shall constitute
2  one original document.

4  Dated: October 16th, 2008         THOMAS E. FRANKOVICH,
                                     *A PROFESSIONAL LAW CORPORATION*

7                                    By: ___/S/___
                                     Thomas E. Frankovich
                                     Attorneys for Plaintiffs PATRICK CONNALLY an
                                     individual; CRAIG YATES an individual; and
                                     DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
                                     SERVICES:HELPING YOU HELP OTHERS, a California
                                     public benefit corporation

11 Dated: 10/16, 2008                LAW OFFICES OF JAMES P. CHANDLER,

13                                   By: _____
                                     James P. Chandler
                                     Attorneys for Defendant SHAHZADA KHAN, an
                                     individual dba USA SMOG & GASOLINE

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

DATED: October 14, 2008

_____
Honorable William Alsup
United States District Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON                        -2-